# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1107**                        **September Term, 2024**

MSHR-WEST2022-0268
MSHR-WEST2022-0267
MSHR-WEST2022-0189

**Filed On: May 30, 2025** [2118345]

Secretary of Labor, Mine Safety and Health Administration,,

      Petitioner

    v.

Genesis Alkali, LLC and Federal Mine Safety and Health Review Commission,

      Respondents

## **O R D E R**

Upon consideration of the unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of this court's disposition of No. 24-1294, et al., <u>Secretary of Labor v. Crimson Oak Grove Resources LLC</u>.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                         BY:     /s/
                                               Catherine J. Lavender
                                               Deputy Clerk